**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | 2:11-CV-1841 JCM (PAL) |

**ORDER**

Presently before the court is defendant Wells Fargo Bank N.A.'s motion requesting oral argument on plaintiff's motion for conditional certification.  (Doc. #41).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion (doc. #41) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that the parties appear on the 19th day of June, 2012, at 10:00 am, in Courtroom 6A before the undersigned for argument on plaintiff's motion for circulation of FLSA collection action notice (doc. #32).

DATED June 6, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**