Mark R. Thierman, NV SBN 8285
laborlawyer@pacbell.com
Jason J. Kuller, NV SBN 12244
jason@thiermanlaw.com
Joshua D. Buck, NV SBN 12187
josh@thiermanlaw.com
**THIERMAN LAW FIRM, PC**
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500
Fax.  (775) 284-1506

Attorneys for Plaintiff ERIC GILBERT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GILBERT; on behalf of himself, all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-50, inclusive,<br><br>    Defendant. | Case No.: 2:11-cv-01841-JCM-PAL<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Eric Gilbert ("Plaintiff" or "Gilbert"), by and through his counsel of record, and Defendant Wells Fargo Bank N.A. ("Defendant"), by and through its counsel of record (collectively referred to as the "Parties"), hereby stipulate as follows:

WHEREAS Plaintiff filed his class and collective action complaint for unpaid overtime on June 10, 2011 ("Action");

WHEREAS this Action was conditionally certified as a collective action under the Fair Labor Standards Act ("FLSA") on August 9, 2012, and notices of the action were sent out to other similarly situated pursuant to this Court's Order (Doc. 48);

WHEREAS this Action was never certified as a class action;

WHEREAS only four (4) other similarly situated individuals opted into the Action besides Gilbert;

WHEREAS the Parties have agreed to resolve the Action as to all opt-in plaintiffs who have decided not to withdraw their consent to sue;[1]

WHEREAS the payments under the settlement are based (1) on length of service during the 2-year statute of limitations from the date the plaintiff filed his or her consent to sue and (2) the amount of weekly overtime alleged to have been worked over that time period;

WHEREAS the payments under the settlement are as follows:

1. Gilbert will receive $22,500 under the settlement. Out of the $22,500 gross amount, $15,000 represents an enhancement payment for asserting the Action as the named-Plaintiff and $7,500 represents the wage payment. In consideration his settlement amount, Gilbert signed a general release of claims against Defendant.

2. Tim Brines will receive $3,250 under the settlement. Mr. Brines only released claims alleged in the Action relating to unpaid overtime and his exempt status.

3. Phillip Ostlie will receive $1,750 under the settlement. Mr. Ostlie only released claims alleged in the Action relating to unpaid overtime and his exempt status.

4. Tammy Jelinek will receive $500 under the settlement. Ms. Jelinek's claims fell outside the two-year statute of limitations. Ms. Jelinek only released claims alleged in the Action relating to unpaid overtime and her exempt status.

---

[1] Opt-in plaintiff Wayne Jeu has withdrawn his consent to sue in this Action.

WHEREAS the settlement further provides for a payment of attorneys fees and costs to the Thierman Law Firm in the amount of $27,000;

WHEREAS Gilbert and each individual opt-in plaintiff has separately signed and assented to the settlement;

THEREFORE, the Parties hereby stipulate that the settlement represents a fair and reasonable resolution of a bona fide dispute and that this Action be dismissed with prejudice with each party bearing its own costs and attorneys fees.

DATED: February 20, 2013                                   Respectfully Submitted,

                                                           THIERMAN LAW FIRM


                                                           /s/Joshua D. Buck
                                                           Joshua Buck
                                                           *Attorney for Plaintiff*

DATED: February 20, 2013                                   Respectfully Submitted,

                                                           SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                                           /s/Thomas R. Kaufman
                                                           Thomas R. Kaufman
                                                           *Attorney for Defendant*

THIERMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GILBERT; on behalf of himself, all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-50, inclusive,<br><br>    Defendant. | Case No.: 2:11-cv-01841-JCM-PAL<br><br>**ORDER** |

The Court hereby GRANTS the Parties stipulation of dismissal.  This action is hereby dismissed with prejudice with each party bearing its own costs and attorneys fees.

**IT IS SO ORDERED**

DATED: March 19, 2013.

_____
U.S. DISTRICT COURT JUDGE
JAMES C. MAHAN

-1-